# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-02284 JVS (2:14bk25552-BR) | Date | August 25, 2017 |
|---|---|---|---|
| Title | IN RE Karen Ann Pelle:  Alliiance Shippers, Inc. v. Karen Ann Pelle | | |

| Present: The Honorable | JAMES V. SELNA,  U.S. DISTRICT JUDGE | |
|---|---|---|
| Karla J. Tunis | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       [IN CHAMBERS]   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s)to show cause in writing no later than **September 15, 2017** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the required opening brief as required under the Federal Rules of Bankruptcy Procedure 8014, 8015, 8016, and 8018. (See Docket No. 17) and the Court's Order of May 19, 2017 (see Docket No. 24)

If this case has been settled and/or dismissed in the Bankruptcy Court counsel /parties must file a **separate** dismissal in the District Court.

The Court ORDERS the hearing on the Bankruptcy Appeal, set for Monday, September 11, 2017 at 3:00 p.m., VACATED, to be reset upon resolution of the Order to Show Cause.

**CC: Bankruptcy Court - Santa Ana**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | kjt | |